AMELIA H. BUMSTEAD, Appellant, *v.* WALTER T. L. SANDERS,
Respondent.

(Argued October 5, 1893; decided October 24, 1893.)

APPEAL from judgment of the General Term of the Supreme Court in the third judicial department, entered upon an order made July 11, 1891, which affirmed a judgment in favor of defendant entered upon a decision of the court on trial at Special Term.

*James Lansing* for appellant.

*Martin I. Townsend* for respondent.

Agree to affirm on opinion of General Term.
All concur.
Judgment affirmed. _____